**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JEFFERSON FERNANDO PACHECO BLANCO,<br>　　　Petitioner, | § <br> § <br> § <br> § <br> § | CIVIL ACTION NUMBER<br>4:26-cv-05482 |
| versus | § <br> § <br> § | JUDGE CHARLES ESKRIDGE |
| WARDEN, Houston Contract Detention Facility,<br>　　　Respondent. | § <br> § <br> § <br> § | |

**ORDER**

Petitioner Jefferson Fernando Pacheco Blanco filed, through a next friend, a petition for writ of *habeas corpus* under 28 USC §2241 on July 10, 2026. Dkt 1. He acknowledges illegal entry into the United States on a prior date but nonetheless asserts that his present detention violates the Due Process Clause of the Fifth Amendment. Id at 4–5. The next-friend petition was stricken, and Petitioner was granted leave to file an amended petition, either *pro se* or through counsel. Dkt 4.

Mail sent to Petitioner at the Houston Contract Detention Facility was returned as undeliverable, with a notation that he has been "released from facility." Dkts 7 & 8. It isn't clear from this notation whether this means that Petitioner has been released from detention, relocated to a different facility, or removed from the United States.

Under these circumstances, Petitioner is entitled to a show-cause order pursuant to 28 USC §2243.

Respondents are therefore ORDERED to show cause with information about Petitioner's current location and

establish the propriety of any present and continuing detention.

Such filing must be made by August 6, 2026, absent extension.

Further briefing will be ordered if determined necessary after consideration of such response.

It is ORDERED that the Clerk will email this Order to USATXS.CivilNotice@usdoj.gov to Respondents.

SO ORDERED.

Signed on July 31, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge

2