United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JEFFERSON FERNANDO PACHECO BLANCO, Petitioner, | § | CIVIL ACTION NUMBER 4:26-cv-05482 |
| versus | § | JUDGE CHARLES ESKRIDGE |
| RAYMOND THOMPSON, Respondent. | § | |

## ORDER ON DISMISSAL

Petitioner Jefferson Fernando Pacheco Blanco filed a petition for writ of *habeas corpus* under 28 USC §2241 through a next friend on July 10, 2026. Dkt 1. The petition acknowledges illegal entry into the United States on a prior date but nonetheless asserts that his present detention under 8 USC §1225(b) is unlawful as a violation of the Due Process Clause of the Fifth Amendment. Id at 4–5.

A prior order struck the next-friend petition for lack of jurisdiction. Dkt 4 at 2–3. On the merits, it cited the Fifth Circuit's decision in *Buenrostro-Mendez v Bondi*, 166 F4th 494, 502–08 (5th Cir 2026), which held that 8 USC §1225(b)(2)(A) subjects anyone present in the United States without legal admission to mandatory detention as an "applicant for admission" deemed to be "seeking admission." Dkt 4 at 4. It further noted the Fifth Circuit's decision in *Sosnava Rodriguez v Ortega*, 180 F4th 702 (5th Cir 2026), which addressed the constitutionality of detention under §1225(b)(2)(A), and its subsequent vacatur. See 181 F4th 608 (5th Cir 2026). Dkt 4 at 4–5. It also noted several rulings by the undersigned in similar cases on related due process arguments. Ibid.

Initial screening of the petition determined that the arguments presented by the next friend raised only issues resolved in those decisions. But Petitioner was granted an opportunity to file an amended petition, either *pro se* or through counsel, identifying individual circumstances or additional arguments supporting a different result. Id at 5.

Some mail addressed to Petitioner was returned as undeliverable. Dkts 7 & 8. The Government was ordered to show cause with information about his current location. Dkt 9. The Government responded that Petitioner is at the Joe Corley Detention Center, where the prior order was sent. Dkt 10. That order hasn't been returned, but Petitioner has nevertheless filed no response to date, and his time to do so has now expired.

Petitioner hasn't established that his detention violates either the Constitution or federal law. As such, he isn't entitled to relief on *habeas corpus* in this action.

* * *

The petition for writ of *habeas corpus* by Petitioner Jefferson Fernando Pacheco Blanco is DENIED. Dkt 1.

This action is DISMISSED WITH PREJUDICE.

Any other pending motions are DENIED AS MOOT.

Final judgment will enter separately.

The Clerk will mail this Order to Petitioner and email this Order to USATXS.CivilNotice@usdoj.gov to provide notice of this disposition to Respondents.

SO ORDERED.

Signed on August 18, 2026, at Houston, Texas.

CREskridge

Honorable Charles Eskridge
United States District Judge